UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SILICON VALLEY GLADIOLUS CAPITAL, LLC, et al.,<br><br>　　　　　Defendants. | Case No.17-cv-07185-VKD<br><br>**ORDER RE SHOW CAUSE RESPONSE**<br><br>Re: Dkt. No. 36 |

On September 25, 2018, the Court was informed that the parties had reached a settlement. Dkt. No. 33. That same day, the Court issued an order to show cause regarding the settlement, requiring the parties to file a response by December 4, 2018. Dkt. No. 34. On December 4, 2018, plaintiff Scott Johnson filed a response to the show cause order stating that the settlement was not yet finalized. Defendants failed to respond to the order to show cause.

Mr. Johnson requests that the Court order defendants to finalize the settlement within 30 days and, in the event defendants failed to do so, to refer this action back to the ADR unit for further mediation. Dkt. No. 36.

The Court denies Mr. Johnson's request without prejudice. All parties are expected to appear at the show cause hearing, which remains on calendar for December 11, 2018. The parties may appear telephonically, if they wish, and should make arrangements via CourtCall (866-582-6878).

**IT IS SO ORDERED.**

*///*

*///*

Dated: December 5, 2018

VIRGINIA K. DEMARCHI
United States Magistrate Judge